*FILED IN THE
UNITED STATES
BANKRUPTCY COURT*

**2011 JUL 11 PM 1: 29**

*DISTRICT OF UTAH*

Gary E. Jubber, Trustee (A1758)
Chapter 7 Trustee
215 South State Street
Suite 1200
Salt Lake City, Utah 84111-2323

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>CHRISTOPHER E. MOSBACKER and<br>KRISTA ILENE MOSBACKER,<br><br>Debtors. | Bankruptcy No. 10-36312 JTM<br>Chapter 7<br><br>**DEPOSIT OF FUNDS FOR SMALL CLAIMS** |

Gary E. Jubber, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate, represents to the Court that:

1.    The Trustee has filed his Final Report and has prepared the final distribution checks to creditors.

2.    The following creditors were to have received a 3.09% distribution on their claims. The distributions were less than $5.00; therefore, the Trustee is depositing the funds into the unclaimed funds registry.

| Claim No. | Creditor/Address | Distribution |
|---|---|---|
| 4 | IRS<br>Attn: Insolvency Mail Stop 5021<br>50 South 200 East<br>Salt Lake City, UT 84111 | $0.42 |

3.      A check in the amount of $0.42 representing said unclaimed funds has been made payable to the U.S. Bankruptcy Court and is attached hereto.

DATED this ___9th___ day of July, 2011.

Gary E. Jubber, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on the __11th__ day of July, 2011, I served the foregoing Deposit of Funds for Small Claims upon the following party in interest by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

> U.S. Trustees Office
> Ken Garff Building
> 405 S. Main Street
> Suite 300
> Salt Lake City, UT 84111

4851-9472-8714, v. 1

2